**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| ALVIN GRAY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARION COUNTY SUPERIOR COURT, )<br>)<br>Defendant. ) | No. 1:05-cv-293-RLY-WTL |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 11/02/2006

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alvin Kenneth Gray
DOC # 136605
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN   46914

Lakshmi Devi Hasanadka
CORPORATION COUNSEL
lhasanad@indygov.org